### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

**ALLEN STOUDEMIRE**                                                    **PLAINTIFF**

**v.**                          **CIVIL NO. 2:26-CV-02012-DCF**

**MATT PRICE, Arkansas State Trooper; MARK R. MCCUNE,**
**Crawford County Judge; KEVIN HOLMES, Crawford County**
**Prosecuting Attorney; SHARON BLUNT-BAKER, Crawford**
**County Circuit Clerk; and LEWIS WALKER, Sheriff of**
**Crawford County Arkansas**                             **DEFENDANTS**

### <u>ORDER</u>

Now before the Court is the Report and Recommendation (ECF No. 8) filed
in this case on February 25, 2026, by the Honorable Mark E. Ford, United States
Magistrate Judge for the Western District of Arkansas.  No party filed objections to
the R&R, and the time to file objections has now passed.

The Court has reviewed this case and, being well and sufficiently advised,
finds as follows: the Report and Recommendation is proper and should be and
hereby is **ADOPTED IN ITS ENTIRETY.**  Accordingly, upon preservice
screening of the Complaint under 28 U.S.C. § 1915A, **IT IS ORDERED** that this
case is **STAYED AND ADMINISTRATIVELY TERMINATED** pending the
resolution of Mr. Stoudemire's state criminal case.

**IT IS FURTHER ORDERED** that Mr. Stoudemire shall have thirty (30)
days after the final resolution of his pending criminal case to file a Motion to Reopen

this case.  Failure to file the Motion to Reopen within this deadline will result in the summary dismissal of this case.

      **IT IS SO ORDERED** this 14th day of July 2026.


*/s/David Clay Fowlkes*
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE